UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALYSON NICOLE GOODWIN,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>　　　　　　　　　　　　Defendant. | Case No.:   22CV663-BLM<br><br>**ORDER RE STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>**[ECF NO. 20]** |

　　　　On January 5, 2023, the parties filed a stipulation for dismissal with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii) and 41(a)(1)(B). ECF No. 20. Accordingly, as the motion has been signed by all parties, the case is **DISMISSED WITH PREJUDICE**. All parties shall bear their own attorneys' fees and costs. The Clerk is **ORDERED** to close the case and terminate any pending motions.

　　　　**IT IS SO ORDERED**.

Dated: 1/6/2023

　　　　　　　　　　　　　　　　　　　　　_Barbara L. Major_
　　　　　　　　　　　　　　　　　　　　　Hon. Barbara L. Major
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge